[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Amended Complaint

**RECEIVED**

(chief) Col. Michael S. dulFeather-Gorbey

**APR 2 4 2023**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 22-c-50160
(To be supplied by the Clerk of this Court)

Avery; Dols; schwartz; smith,
Bouse; Casey; Templeton; Mark morgan;
John-Jane Doe HSA; Bergami; syed Fateh Hyder Reg. medical Director;
John-Jane Doe Remedy clerk; John Doe LT.;
John-Jane Doe Region Remedy clerk; John-Jane Doe HSA;
John-Jane Doe Administrator DSCC; Assistant Deputy Director DSCC;
Patrucie; Mr. Avidis; John Doe SIS, Mr. Aidias. , Mr. Ian Conner.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: (chief) Col Michael S. dwl Feather-Gorbey

B. List all aliases: Michael S. Gorbey

C. Prisoner identification number: DC DOC 317611 Fed. 33405-013

D. Place of present confinement: USP Coleman I

E. Address: Po Box 1033 Coleman, Florida 33521

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Avery

Title: Captain

Place of Employment: USP Thompson ill

B. Defendant: Dols

Title: Correctional officer

Place of Employment: USP Thompson

C. Defendant: Schwartz

Title: Correctional officer

Place of Employment: USP Thompson

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## LIST OF DEFENDANTS Continue

(4) MR. Smith
Correctional officer
USP Thompson

(5) MR. Bouse
Correctional officer
USP Thompson

(6) MR. Casey
Correctional officer
USP Thompson

(7) MR. Templeton
Correctional officer
USP Thompson

(8) MR. Mark Morgan
Doctor
USP Thompson

(9) John or Jane Doe
Health service Administrator
USP Thompson

(10) Bergami MR
Warden
USP Thompson

(11) Syed Fateh Hyder
N.C. Regional Medical Director
N. Central Regional office FBOP.

(12) John or Jane Doe
Admin. Remedy clerk
USP Thompson

(13) John or Jane Doe
Admin Remedy clerk
FBOP N.C. Reg. office

(14) John Doe
Lt.
USP Thompson

(15) John or Jane Doe
Assistant Deputy Director
DSCC grand Plairie Tx.

(16) Patroci (Patruci)
Regional Director
FBOP Mid-Atl Region

(17) John Doe
SFS
USP Thompson

(18) Ian Conner
Regional Director
F.BOP Central office

(19) MR. Aidias
SMU Hearing officer
FBOP Region

3

20) John or Jane Doe
Administrator
DSCC grand Prairie TK.

21) F. Bop
Federal Bureau of Prisons
USA.

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _multiple_

B. Approximate date of filing lawsuit: _multiple_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Michaels-White Feather-Gorley_

D. List all defendants: _Multiple_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Multiple_

F. Name of judge to whom case was assigned: _multiple_

G. Basic claim made: _Prisoner Rights, Native Rights_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Multiple_

I. Approximate date of disposition: _multiple_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

_In shu without Records of such._

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Pattern of misconducts by F. Bop. in general.

① On 8-9-21 several staff FCI Beckley W. Va. Physically Assaulted Gorbey by Physically slamming Gorbey on A Hard serface shu Floor on His Hands, Back & Neck while He Was Cuff in back & Not Resisting. Causing serious Physical injuries fractures to His R-Hand & Thumb, & Nerve Damage to His Neck - Back & L-Arm & spran L-Wrist. & Deny Him Medical Treatment

② multiple staff then Destroy Gorbeys sick-calls & Refused Him medical Treatment For Visibly serious injuries obvious from the Bruising swelling & impaired movements in Gorbeys R-Hand. Back, Neck & L-Arm.

③ On 8-24-21 FCI Beckley, Dr. Edwards Conducting shu chronic care visits Gorbey Flag down From His strip cell Evaluated Gorbeys injuries As serious & order X-Rays & Treatment. yet None Was given while staff impeded Gorbey Remedy Access Refusing & Trashing forms.

④ On about 9-10-21 FCI Beckley medical staff MR. Tilley Aproach Gorbeys cell Demanding Gorbey sign to Refuse X-Rays & Treatment or Tilley, Forren & other staff Would Physically

6

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Assault Gorbey Again & give Him Need For X-Rays & Treatment & yet When Gorbey Refuse To Sign Tilley Went back To medical & He & Nurses Ashly King & mrs. McMillan Falsified A medical Refusal alleging Gorbey Refuse Treatment & Refuse To Sign After (they) Counsel Gorbey on The Adverse Affects when Records show Neither mrs. King or McMillion spoke To Gorbey that Day As shu Records show Neither Came To shu & Gorbey Was Not Carry To medical.

⑤ For Beckley staff Furtherly Attacking Gorbey Ran Him through several False Discipline Actions majorly violating Due Process To obtain Convictions & withHeld the DHO Final Reports for some 4 months To Prevent Any Appeal while they iniciated smu Referral Proceedings.

⑥ on About 12-16-21 smu Referral Hearing officer mr. Airdies violated Gorbey's Due Process Denying Gorbey Any staff Rep To Collect & present Evidences & Witnesses For His Defense & Refer Gorbey For smu. When Gorbey An Independant Non-Violent Native American Cannot Qualify For smu thats For Violent group or gang members

⑦ Subsequently some 5 (Five) Top F.Bop Administrators Co-sign To Referr Gorbey To smu using (False information) Arguing Gorbey 51 years old is only 25 years old & His Non-Violent

see Continuance Pages

7

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① $1,000,000.00 one million Dollars
② An MRI Exam & Appropriate medical treatment.
③ Reform To smu Referral Hearings
④ Reform To FBop Remedy Process.

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___9___ day of ___April___, 20_23_

(chief) Col. Michael S. owl Feather-Gorbey
(Signature of plaintiff or plaintiffs)

(chief) Col Michael S. owlfeather - Gorbey
(Print name)

D.C. DOC 317611 Fed. 33405-013
(I.D. Number)
USP Coleman' Po Box 1033
Coleman, Florida 33521

(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Continuance Pages to Bivens claim·

F.Bop Discipline charges threaten inmate, staff & public lives sign by MR. Aidias smu Referral Hearing officer. MR. Patruci. mid-Atl Regional Director. John or Jane Doe Assistant Deputy Director DSCC, the Administrator DSCC & Ian Conner Central office. (While) FCI Beckley SIS MR. Manning & others Admitted they Had (Pre-Contacted) USP Thompson smu staff Capt. Avery & others & (Arange to) Have Gorbey (Fucked up) seriously Assaulted or Kill.

⑧ Where through Dilligence Gorbey was Eventually Able to obtain X-Rays of His Neck in January that 2022 show malalignments & minimal Facet Arthrophtly of the C4/C5 & C5/C6. vertabra & Requiring An MRI to Discover the Extent of soft tissue & or nerve Damages From the Assault, & then on About 3-30-22 X-Rays of the R-Hand showing Fractures in the 5th Distal metacappal metaphysis & thumb, that then were Deem old. After such An Extensive Delay & then Gorbey was Carry to smu.

(9) Gorbey Arived At smu About April 2022 to be immediately Confronted & threaten by Capt. Avery with Adverse Housing. Assault & Death, in Avery's Retaliation For Prior suits Gorbey Filed on Avery At USP Lee For Avery (then An Lt.) subjecting Gorbey to Adverse Housing with (Known) seriously violent & mentally ill Federal & Foreign offenders

9

seriously Physically Assaulting Gorbey see. *Gorbey vs. Avery et.al.* 7:17-cv-192 US Dist. ct Roanoke VA.

(10). Gorbey then sought Administrative Remedy Forms From counselor Graham usp Thompson For Denials of medical & Avery's threats & yet Graham openly yelling at Gorbey on the Housing Range Also threaten Gorbey with Adverse Housing & Assault About 5-12-22 & yet only Days later on 5-13-22 staff move Gorbey From Unit F-2 to F-3 in A cell with A (Known) seriously violent, mentally ill gang member Serano, who Had been At smu some 3 years. Failing Due to Repeated Adverse celling Arangments. by staff.

(11). then on 5-16-22 moved Gorbey in with yet Another seriously violent, mentally ill inmate MR. yazy who Has A federal murder charge. & Failing smu.

(12). then on About 5-24-22 when Gorbey Again sought Remedy Forms counselor Barmas threaten Gorbey with Physical Assault, saying staff will come in on Gorbey & break His Hands so He cannot write & get to otherwise know Gorbey (Real well) indicating sexual Assault!

(13). where only Days later staff Capt. Avery. John Doe s15. warden Bergant. & Jane Doe Psycology supervisor & unit Team All sign to

Page

Have Gorbey moved in with inmate Kowalck. A known seriously violent, Hannies, mentally ill inmate & Did so on 5-31-22 when most all staff Discriminate on.

(14) staffs schwortz; pols; Grunwald; Bouse; smith; Templeton & others begain subjecting Gorbey to subHuman conditions. Denial of showers for 30 Days, laundry, offten Dumping Food Trays giving Gorbey & Kowalck Empty Trays & Even Conducting Harrassing cell searches on About 6-7-22 & 6-9--22 Trashing the cell Dumping Gorbey's Hygiene & shampoo All over Every thing & Denying Gorbey Hygiene For weeks & Even Put pepper spray in Gorbey's Food & Eye Drop bottles About 6-9-22 Causing Gorbey Near Asphixiation & Blindness, while Refusing Gorbey ANY medical Treatment & cause mentally ill Kowalck to start cutting Himself, Bleeding All Around the cell Exposing Gorbey to the Blood, while staff such As Dols, schwortz, Casey, Templeton & Bouse (only laugh) Telling Kowalck to do A Better Job, At suicide! while these staff inform Gorbey The(only way) He Could get out the cell is seriously Assault or Kill Kowalck

(15) Gorbey gave Psycology MR. Treasen A Cop-out Explaining This & later on About 6-9-22 John poe LT. & Psycology Jane poe Had

11

Gorbey & Kowalck Remove from the cell while several staff again Trash the cell & (Took) All of Gorbey's Notes to these Events & Gorbey (Herd) Jane Doe Psycology Tell MR. Kowalck, Gorbey Had Told on him for cutting Himself & Gorbey immediately Requested to Both the Lt. & psycology to NOT Put Him back in with Kowalck because Gorbey Fear Physical Assault yet they Deny Gorbey P.C. & place Him back in with the seriously violent mentally ill inmate who (As soon) As staff left began yelling & started Hitting Gorbey in the back of Gorbey's Head & Already inJured Neck Agrevating those serious inJuries, & then began Continuing to Hit Gorbey (Daily).
Note.
FCI Beckley DR. Edwards Had prescribed Gorbey meloxicam for the serious Nerve Damage which Did Not Adequately Address the inJury & No MRI Has yet been provided to Determine the Extent of Gorbey's Neck inJury, Nerve Damage Running DOWN to His left scapula Area. splitting off to

(a) Run to Gorbey's lower left back &
(b) Run over the left sholder & DOWN to His

12

left Elbow Causing level 12 of A 10 Rate Pain scale, Exscrutiating Pain As Though it's Deep in the bones & Causing seriously Restricted movement of Gorbey's Neck & left Arm. while the untreated R-Hand Fractures Cause serious Pain & impair movements All of Which Gorbey still suffers (Today) & Are untreated. As 800 Ibuprofen Does Not Help Nore Does Physical therapy.

In About May 2022 Gorbey Was seen by USP Thompson DR. Mark Morgan (on A T.V. screen) & given For Beckley DR. Edwards Examine Gorbey From (behind A cell Door) No (Doctor) Has Ever Physically, Examine Gorbey For This issue still Today. Which Could go years simply Causing Pain & Restricted movement & then one Day (Paralize) Gorbey (Permently)

*[margin note, sideways:]* DR. Morgan Neglected the seriousness of the injuries & Fail to order an MRI or to Physically Examine Gorbey 5-25-22 At USP Thompson. & Regional staff Co-sign this

* & Regional Medical Director Syed Fateh Hyder Co-sign All this

(16) Gorbey Notify several staff schwortz, Dols Casey & others About KoWalck Hitting Him & yet staff only laugh & told Gorbey To Kill KoWalck. while Refusing Gorbey P.C.

* (17) On About 6-15-22 Gorbey Handed Captain Avery AN Emergency BP9. on this issue & Told Avery it is An "Emergency" Complaint Regarding "Physical Assaults" & yet Avery,

13

(laugh) Arguing Gorbey Could Try suing Him like before. If He Wants & Handed Gorbey The Complaint back. shown on Camera & left Gorbey. to suffer the Physical Assaults (Exactly How) Avery Did AT USP lee VA. 2017 while Barmas Had Refuse Gorbey A BP8 on These issues, Gorbey Could only File A BP9.

(18) About 2 Days later on 6-12-22 Gorbey gave the "Emergency" Complaint to Counselor Barmes & yet The usp Thompson Remedy clerk (Rejected) The "Emergency BP9." Forcing Gorbey To suffer the Physical Assaults Daily until 6-28-22. see Remedy #1123877-F1. Gorbey Promptly Appeal to the Region N.C. Kansas, Who Also Error Rejected the Appeal. Forcing Gorbey To suffer The Physical Assaults, Daily 6-9-22 to 6-28-22

(19) Where Gorbey Had Dilligently Even sent A Complaint (Directly to) The FBOP N.C. Region 1127345-R1 the Regional Remedy clerk Also Error Rejected. Again leaving Gorbey To suffer The Physical Assaults Daily 6-9-22 to 6-28-22.

Note.
Counselor Barmas Was Denying Gorbey BP8's While Facility & Regional Remedy clerks Reject "Emergency & sensitive" Complaints & Appeals & Staff (like Avery) only laugh

14

Dols, 6-10-22, Avery 6-15-22. Schwartz multiple Dates with Templeton. Casey + Bause 6-9-22 to 6-28-22.
4 Providing Gorbey No Relief simply Allow 4 off ten (Even Watch) Kowalck Hit Gorbey. While Kowalck Just Periodiclly or Randumly Hit Gorbey in The Head. Neck or back 4 Arm or Hand if Gorbey sees it Comming 4 Trys to block it Causes serious inJuries 4 Re-inJuries to Gorbey's Already seriously inJure Neck, Back 4 R-Hand 6-9-22 to 6-28-22 At The Time Gorbey 1st iNiTially Filed This Complaint 4 Appeal WHile (still Today) Gorbey Has Not Recieve Any MRI For His Neck, Back or I-Arm 4 Medical Staff Have only Prescribe Eltvill since These Kowalck Assaults started WHich is Not A Nerve Med-ication Nore is 800 Ibupropen 4 Does simply Nothing For His PaiNs
Gorbey CoNTiNUes To suffer serious PaiNs iN His Neck, Back 4 I-Arm With Restricted streng-th 4 MovemeNT From serious Nerve Damage that Could likely Paralize Him WHile The Fractures in His R-HaNd 4 Thumb Agrevated Also by inmate Kowalck Have As Well WeNT unTreated 4 seriously Restricts movemeNT 4 streNgth in the Right Hand.
Arnett vs. Webster 658 F3d 742, 751 (7th cir. 2011)
Prison officials must Provide treatmeNT At A level CommeNsurate with modern medical science. 4 of

15

A Quality Acceptable with Modern medical science.

This means that treatment decisions are "~~Far Afield of~~ inadequate when they are "Far Afield" of Accepted Professional standards. Such As Refusing An MRI to Determine the Exact injuries, Prescribing Elivill which Has **No** medical Properties For serious Nerve Damage or Fractures & or Not Even Evaluating injuries After being Agrevated by **New** Physical Assaults ~~Estelle~~ vs. Gamble 429 U.S. at 104: Gutierrez vs. Peters 111 F.3d. 1364 (7th cir 1997) While. origionally denying Gorbey Any x-Rays For 6 months Neck & 8 months R-Hand. & Failing to keep Gorbey safe. From yet more Assaults. Farmer vs. Brennan 511 US 825 (1994) Richardson vs. Penfold 839 F.2d. 392.396 (7th cir. 1988) Staff must take some Action on witnessing An Assault. lewis vs. ~~Sulli~~ van 279 F3d 536. 531 (7th cir. 2002)

Thus Gorbey satisfies §1915(g) & States A claim. Fletcher vs. Menardrd Corr. Ctr. 623 F.3d. 1171, 1173. (7th cir. 2010) While §1915(g) is not An Avenue to Judge A claim Ciarpaglini vs. Saini 352 F3d. 328, 331. (7th cir. 2003)

16

## In Addition

F. Bop medical Records Gorbey indigent is Not Able to Enclose show. To support Gorbey's claims & Request for leave §1915(g)

(1) Report 7-13-22 by Physical therapist Lynnette Jones. P.T. Explaining Nerve Damage in Neck. Restricted strength & movement-Range of motion in L-Arm & Posture loss of Cervical lordosis. very tight suboccipitals. Poor functional strength of scapaluo stabilizers As well several other Restrictions & Robilities Due to staff Assault. & Failures to Proper-timely Treat.

(2) Report 11-22-22 by C. marsh ARnp. Explaining Continued Neck & other Pains. (Agree) Evaluations by DR. morgan on T-V screen is inappropriate to Adequately determine Extent of injuries. Also. Notes later 8-28-22 Assault & Decreased Hearing

(3) Report 9-11-22 D. Heinsen Rn. Reporting serious Head injuries from inmate Assault. Blood & fluids leaking from Right Ear. Possible Concussion & or Fracture Jaw. Bruising & swelling R-side of Head. (16 Days After) Assault.

(4) Report 8-27-21 Roger Edwards medical Doctor. Explaining Neck, Back, left Arm Nerve Damage Requiring X-Rays & Treatment & R-Hand visually Discoller, swolen & Needing x-Rays & Treatment.

(5) 3-30-22 R-Hand x-Ray showing Fractures.

(6) 1-25-22 Neck x Ray showing Damages. x-Rays 6 & 9 months (After) injuries sustained

@ 17

certificate of service

I Gorbey certify 4-9-23 I sent A copy 1st class u.s. mail to defendants U.S. Att. off. 322 S. church st. Rockford, ill 61101

(chief) Col. michael S. owl Feather - Gorbey Northern Rock-tree monacan -Native America

Declaration of mailing §1746

I Gorbey declare 4-9-23 I deposit this Amended complaint in usp coleman I internal mail system 1st class u.s. mail to clerk of ct. us District Rockford, ill 61101

(chief) Col. michael S. owl Feather - Gorbey Northern Rock-tree monacan -Native America DC DOC 317611 Fed. 33405-013 usp Coleman' PC Box 1033 coleman, Florida 33521

18