RECEIVED

JUN 2 6 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

US District Court
327 S. church street
Rockford, illinois 61101

Page 1 of 13

6-18-23

## Amended Complaint

FILED

8/23/2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

3:22-cv-50160

(chief) Col. michael s. owl Feather-Gorbey

vs.

(1) MR. Avery. Captain Usp Thompson ill.
(2) MR. Dols. Correctional officer Usp Thompson. ill.
(3) MR. Forren, LT. FCI Beckley Wva.
(4) MR. Willas. Correctional officer Usp Thompson ill.
(5) MR. Williams Correctional officer FCI Beckley Wva.
(6) MR. Whit. Correctional officer FCI Beckley Wva.
(7) John Doe. Correctional officer FCI Beckley Wva.
(8) MR. Ellis. Medical P.A. FCI Beckley Wva.
(9) MR. Tilley. Medical Nurse FCI Beckley Wva.
(10) MRS. King. Medical Nurse (Radiology) FCI Beckley Wva.
(11) Jane Doe. Medical Nurse. FCI Beckley Wva.
(12) MR. Timothy Moisant. HSA Usp Thompson ill.
(13) MRS. Rost. Medical Nurse Usp Thompson ill.
(14) MRS. Schwortz Medical Nurse. Usp Thompson ill.
(15) MR. Doss. Medical Nurse Usp Thompson ill.
(16) MR. Marsh. ARNP Usp Thompson ill.
(17) MR. Schwortz Correctional officer Usp Thompson ill.
(18) MR. Spenser Correctional officer Usp Thompson ill.
(19) MR. Syed. Fateh Hyder Regional Medical Director.
(20) MR. Crawford. Correctional officer FCI Beckley Wva.
(21) John Doe (ie. Red Beard) Correctional officer FCI Beckley Wva.
(22) FBOP.

owl Feather-Gorbey's Amended Bivens Action
toward All defendants in their official & or
individual capacities

Plaintiffs Demand for
Jury Trial : yes

## Basis For Suit

(1) On 8-9-21 Gorbey was physically Assaulted by FCI Beckley W.Va. Staff, MR. Williams, MR. Whit. MR Crawford. MR. Forren & others, who Remove Gorbey From the Reck Area To shu. & upon Entering the shu Door they slam Gorbey's Head & neck on the Door From perposly. Knee & punch Gorbey until they Reach the shu Dress out Area. they pick Gorbey up & "power slam" Him on His Hands, Back & neck on the Hard shu floor while cuff in back & not Resisting. being clear Excessive force that was clearly staged. practice & Done before As when they Reach the proper Area. MR. Williams began Counting 1, 2. 3 & when He said 3. Forren. Crawford. Whit & one John Doe Staff grab Gorbey's Arm & body while Williams quickly Drop Down under Gorbey placing Both Hands on Gorbey's chest As Gorbey was bent over, being walk Backwords & they together Pick Gorbey up & power slam Him on the floor. This Physical Assault Caused serious nerve Damage To Gorbey's Neck. Back & L-Arm.. Causing serious Pain. loss of strength. & Restricted movement in Gorbey's Neck. Back & L-Arm. it Caused serious Fractures To Gorbey's R-Hand. Thumb & fingers, it Caused A Fracture to His L-Elbow & sprang & other internal Damages to His L-wrist.

(2) Gorbey was placed in shu Strip or Hard Cell & For weeks His sick-Calls were openly Trash by Co-John Doe. (i.e Red Beard) & Lt. Forren.

(3) On 8-24-21 DR. Edwards was Conducting chronic

Care visits in shu & Gorbey flag him Down & showed him His serious inJuries Bruising & swellings that clearly Evidence fractures & or Brakes. & DR. Edwards prescribe meloxicam For serious Nerve Damage & order X-Rays & Treatment.

(4) On 9-10-21 medical MR. Tilley Appear At Gorbey's shu Cell Demanding Gorbey Sign To Refuse the X-Rays & Treatment or He Tilley & Lt. Forren Would Come in Gorbey's Cell & give Him Reason To Need X-Rays & Treatment.

(5) Yet. Gorbey Refuse to Sign & forfeit His Rights & Tore up the Refusal slip & Demanded His X-Rays, & Treatment. 9-10-21.

(6) Yet. That Day 9-10-21 MR. Tilley went back to medical & He. MRS. King (Radiologist) & Jane Doe. Possibly MRS. Milland, Falsified A medical Refusal. (To) Deliberately Deny Gorbey Treatment For visibly serious inJuries, From Excessive force by fellow staff.

(7) Months then went by & P.A. Ellis Kept ignoring Gorbey's sick-calls While the FCI Beckley Adminis-Tration ignore or provided bogus Responses to Remedy Complaints until Finelly in January of 2022 Gorbey was given Neck X-Rays Which show. malalign-ments & minimal facet Anthrophony Which Required An MRI To Discover the Extent of soft Tissue or Nerve Damages. Left untreated Could Eventually Paralize Gorbey.

(8) Gorbey Continue To Complain & P.A. Ellis & Forren. Lt Tried Every Possible Trick to prevent Timely X-Rays of other inJured limbs: Even ordering X-Rays of Gorbey's (R-WrIst) instead of the left one & Trying Not to X-Ray the L-Elbow or R-Hand Arguing

its A <u>Big</u> picture thats Taken so the Hand will be shown in the wrist x-Ray, while they (KNow) the Radiologist will <u>only</u> Read the Areas Directed such As A wrist For A (wrist) x-Ray order Regardless what Else is shown in the x-Ray! This conTinue (To) give the Fractures Time to Heal & <u>then</u> be Deem old. & on March 30. 2022 Gorbey Finelly got His R-Hand x-Ray which shows the Fractures in His R-Hand Thumb & Fingers. then 8 MoNThs Delays Deem old. & never giving Gorbey ANY TreaTment. He <u>still</u> suffers serious pain From.

(9) IN April 2022 Gorbey was Error TransFer To usp Thompson ill. smc. & Also was Deny TreaTment. & Remedy Forms & Threaten by Capt. Avery, & Counselors Graham & Barnes For Complaint

(10) IN May 2022 Gorbey was seen on A T.v. screen by usp Thompson Dr. Mark Morgan. who <u>never</u> Physically Examine Gorbey & DeNied Gorbey's Requests, For AN MRI. of His Neck. & x-Rays of His Back. L-Arm. L-Elbow & L-wrist.

(11) on 5-31-22 Capt. Avery. uniT Team & others Error Had Gorbey Placed iN A cell with inmate Kowalsyk A (known) seriously. violent & mentally ill inmate most All staff & inmates Are Discriminating on & while Gorbey then was kept in subHuman Cond--iTions For A MonTh. on About 6-9-22 staff orchestrated Physical Assaults on Gorbey by inmate Kowalsyk. which, seriously Aggrevated the Already ExisTing serious Neck. Back & left Arm. R-Hand & L-wrisT inJuries From the Earlier 8-9-21 staff Assault For Beckley.

(12) INmate Kowalsyk Had been cuTTing Himself Bleeding & when Gorbey Reported iT To staff

Staff Remove Gorbey & Kowalsyk & told Kowalsyk Gorbey reported it! Causing Kowalsyk to become violent. & ignore Gorbey's Plea for safety.

(13) Staff Return Gorbey & Kowalsyk to the cell G2-002 over Gorbey's objections & As soon As staff left Kowalsyk Hit Gorbey in the Neck & Back of His Head. & this Continue From About 6-9-22 to 6-24-22. Kowalsyk would Any time Randomly Hit Gorbey in the Head. Back, Arms, Hands. seriously Aggrevating Already Existing injuries if Not Causing New ones. While Nurse Rost Repeatedly ignore Gorbey's sick-calls. claiming Gorbey was Already seen by DR. Morgan so there was nothing Else she Could do. clearly Refusing to Refer Gorbey to the P.A. or Doctor on for Treatment.

(14) on About 6-9-22 & 6-12-22 Gorbey inform CO. Mr. Schwortz who only laugh & told Gorbey to Kill Kowalsyk & He Could get moved. As Did, Co-Dols. & others!

(15) on About 6-15-22 Gorbey Handed Capt. Avery An Emergency Complaint For safety & Explain the Problem, yet Avery only laugh & gave Gorbey back the BP9. Telling Gorbey, He, Avery, Hope Gorbey is Enjoying His Present celling Arangement He Avery Hand selected & if Gorbey Did Not like it He Could Try to sue Avery Again, AS.

US Dist.Ct. Roanoke VA. 7:17-CV-192 Found imminent Danger to Apply For Avery & others DoiNG Exactly This same thing to Gorbey At Usp Lee. 2017.

(16) Gorbey Filed Emergency Complaints to usp thompson warden that got Rejected in Error & Filed the

Proper, BP10 Appeals & Sensitive BP9's to the NE Region that Also got Error Rejected & Forced Gorbey to Continue suffering these Physical Assaults until 6-24-22. Some 15 Days.

(17) Yet. in Response Capt. Avery & Co-Dols, Simply move Gorbey from the Frying Pan to the Fire. & on 6-28-22 moved Gorbey in with yet Another (Known) seriously violent mentally ill inmate Riggs. (without) Treatment for Existing serious injuries.

(18) on 7-13-22. Gorbey was carry to see physical Therapist mrs. Lynnette Jones. Co-Dols let An inmate Kenny Roy spit A large spray of fluids in Gorbey's Face & later that same Day. Co-Dols let inmate Riggs Hit Gorbey in the Head. & Took No Action to keep Gorbey safe.
While At the physical Therapy mrs. Jones wrote

Gorbey was Restrained. with His wrists chain to His Waist. & only one was Released for the Exam. Seriously Hindering the Exam.
she noted protracted sholder Joints, loss of Cervical lordosis, very Tight suboccipitals, Poor Functional Strength. of scapular Stabilizers, & Thoracic Extensors UE Neuro L-sholder A Roms. : Flex = 140 Abd = 120, ER To 28°. LR To CS hor Add = 34° Ext = 58° L. sholder Strength Flex = 4/5 Abd = 4/5 ER = 4/5 IR = 5/5.

(19) on 8-26-22 Capt. Avery & SIS staff orchestrated yet Another physical Assault on Gorbey telling inmate Riggs Gorbey is A child sex offender (when He's Not) & instructing Riggs to seriously Assault or Kill Gorbey, shown on Camera & stated.

(20) On 8-28-22 While Gorbey Was Down cleaning the Cell Floor inmate Riggs Jump off His bead & Kick Gorbey in the R-side & back. & As Gorbey got up Riggs Hit Gorbey several Times in the R-side of His Head With something in His Hand seriously Damaging Gorbey's Head. R-Jaw & Ear. While these serious blows to the Head seriously Aggrevated the Already Present serious Neck injuries & Could Have parolid Gorbey on the spot.

Gorbey Press the Cell Alarm some 5 Times Which the Controle Room Staff Repeatedly Turn off & ignored. & Gorbey Had to Jack the Tray slot to get Assistance because Co-Ibiniez Had Walk by twice & ignore Gorbe Pleading For safety.

(21) Gorbey Jack the Tray slot 8-28-22 Around 10:30 Am & yet #1 Mrs Graham Argue to leave the inmates Together to (Work out) their Differances & Co-Dois Argue its Time For Gorbey to lern to Fuck or Fight.

(22) Eventually the Acting LT. Had Gorbey & Riggs Remove From the Cell. yet. Co-Dois told Riggs He Would put Riggs back in With Gorbey & He Riggs better (Fuck Gorbey up!)

(23) Co-Dois persuaded the Acting LT. To Allow Gorbey & Riggs To be put back Together & Upon Doing So Staff Remove Riggs Cuffs 1st & let Riggs Hit Gorbey in the Head & Neck 2 More Times Seriously Aggrevating the Already Existing Neck injuries. Where Co-Williams Who stood & Watch stated to Gorbey thats What sex offenders get At USP Thompson! because Avery SIS. Co-Schwortz & Co-Dois Had lied to Everyone that Gorbey is A child molester.

(24) Gorbey Was then 8-28-22 Move to Unit G-3 Cell 036 & Gorbey immediately Press the Cell Alarm For Medical Attention yet Again the Alarm Was shut off & ignor

About 11:30 A.M.

(25) On 8-29-22. 8-30-22, 9-1-22 & 9-6-22 Gorbey submitted Sick-Calls. To No Avail His R-Face Was swolen. His Neck & Re-swolen. He Could bairly move His Neck & His lower back Was Numb. His R-Jaw seriously Hert. Pop when He moved it & He Could bairly chew. He felt Dizzy & sleepy All the time & His R-ear was busted & leaking Fluids & Blood. & He Could Hardly Hear From the R-ear. yet Co-spenscer openly told medical staff to ignore Gorbey's sick-calls & Nurses Mrs. Schwortz & Mr. Doss Did that Denying Gorbey Any medical Treatment For Some 16 Days. Proof by A Pattern of misconducts At Both FCI Beckley & USP Thompson that the FBop is using A Blanket Policy to Deny medical Treatment to inmates suffering staff or staff orchestrated Physical Assaults to Prevent Any Record of inJuries suffer.

(26) Eventually on 9-11-22 Gorbey Was seen by R.N. Mrs D. Heinsen who Recorded the serious Head inJuries still Existant 16 Days later & Proof of their seriousness. yet while she claim the Neck inJuries Were New chronic Gorbey Could be seen Another Time for those. she Reported. Possible Concussion. Fracture R-Jaw. A Busted Ear leaking Fluid & Blood & possible Damage to the Eardrum & she order X-Rays & Treatment. yet No Treatment was Ever given.

(27) Gorbey Continue to suffer the serious Head Neck. Back. L-Arm & L-wrist inJurres untreated & on multiple Dates submitted sick-calls that Nurses Mrs. Schwortz. Mrs. Ross & Mr. Doss ignore while Gorbey Continue to File Complaints

He was then Eventually seen by P.A. Marsh on 11-22-22 Some (2 months) later.

(28) On 11-22-22 Gorbey was seen by MR. Marsh ARNP. Medical Provider Who Agree the DR. Mark Morgan T.V. Examinations were Faulty & useless, & MR. Marsh Noted that Gorbey Complain of

"Continued Neck Pain that Radiates To left Elbow & left lower back. Also Has Pain "All over". State He Has seen Physical Therapy. Has been Doing Exercises As instructed. They Have No Help Also Complains of R-Decreased Hearing"

yet. MR. Marsh. Refused Gorbey An MRI For His Neck. Refused x-Rays For the R-Arm. R-Elbow & or R-Wrist. Refused Gorbey A Brace For His R-Hand & Simply order Elavil (i.e. 25 mg. AmiTrapyline) For Pain When Elavil Drug Facts show it Has Absolutely No Medical benifits for serious Nerve Damage or fractures. sprans. brakes or Torn Tendons or figimates. or Can it Assist A Decrease in Hearing or Pain in An upper R-Jaw.

since then the F.Bop Has Not provided Gorbey with Any Medical Treatment For These injuries. Which Could Result in loss of Hearing in the R-ear. & Partial or Full body parilization being Denied An X-Ray of His L-Wrist. L-Elbow & L-Arm & on An MRI of His Neck & X-Ray of His L-scapular Area & lower back. All of These Events From 8-9-21 To Date Are A chain of Related Events A Pattern of Misconducts by F.Bop staffs At Now 3 facilities. showing Deliberate Indifference

That Have Caused Gorbey serious physical injuries & Pose A serious threat of inflicting Even More serious ones. & All Are Related to & or Aggrevation of the origional serious Neck injuries that Are still untreated. As Any Reasonably Minded Person would Have to Agree that subsequent physical Assaults being Hit in the Head. Neck. back, Arms & Hands Already seriously injured Could only seriously Aggrevate & Contribute to those serious injuries & Making them Worse. While Any of those subsequent Blows Could Have Pardlize Gorbey & May still Cause Parolization Any Day.

(29) Gorbey Arrived At Usp Coleman' on 12-26-22 & immediately Reported the Assaults & injuries to R&D intadke medical staff Who (took Away) the Elavil (i.e. Amitriptyline 25 mg) Arguing they Are Now Non-formulary. & told Gorbey to submit A Sick-Call. For Pains & injuries. Gorbey submitted several sick-Calls that were ignored. & yet Eventually on 1-30-2023 some (35 Days) After Gorbey's Arrival He was seen by USP Coleman Dr. Li. For HRB (21 Day) initial Review. Where Dr. Li. Re-order the Elavil (i.e. Amitriptyline 25 mg) & Also Refused Gorbey the MRI & X-Rays.

(30) Gorbey Continue to Complain & Eventually some 3 months later was seen by P.A. Dooboo Who Refuse to Provide something other For Pain on to order An MRI or X-Rays For Gorbey's L-Arm L-Elbow. L-Wrist. or Back. Arguing they Are Now Chronic injuries & He Has Ibuprofen For them. & therefore (still today) Gorbey Has Not been Provided Any treatment For

these serious physical injuries that could eventually parolize Gorbey. Gorbey suffers (serious pain). loss of strength in his back. neck 4 left arm 4 wrist 4 R-Hand. seriously impaired movements in his R-Hand. back. neck. L-arm. L-wrist. 4 impaired hearing, R-ear. Due to Repeated physical assaults 4 Denials of medical treatment.

Farmer vs. Brennan 511 US 825(1994) Requires Reasonable safety.

Estelle 429 US. at 104. : Gutierrez vs. Peters 111 F3d/364 (7th cir. 1997) Deliberate Indifferance where staff know of your serious medical needs 4 fail to Respond Reasonably to it.

Arnett. 658 F.3d. at 754 Treatment medical staff know is ineffective can support Deliberate Indifferance Ancota vs. Prison Health services Inc 769 F2d 700. 704 (11th cir. 1985) Treatment so cursory as to amount to no treatment at all. : Arnett vs. Webster 658 F.3d. 742. 751 (7th cir. 2011) Treatment decisions Are unconstitutional if they Are far afield of Accepted professional standards. (while) see Perez vs. Fanoglio 792 F.3d. 768. 777-78 (7th cir. 2015) Smith vs. Knox County Jail 666 F3d 1037 (7th cir. 2012) Grieveson vs. Anderson 538 F3d 763, 779 (7th cir. 2008) Delays in treatment can constitute Deliberate Indifferance Exacerbates the injury or unnecessarily prolongs the pain.

Martin vs. Shelton 319 F3d 1048. 1050 (8th cir. 2003) Chavis vs. Chappius 618 F.3d. 162, 170 (2nd cir. 2010) Pattern of misconducts Evidencing likelihood of serious physical injury or death.

I Gorbey therefore seek Damages. Compensation 4

medical Treatments.

## Relief sought

(1) $1,000,000.00 one million Dollars.

(2) Injunction for an immediate MRI of my neck & lower back. Directed to F.Bop.

(3) Injunction for X-Rays of my L-Arm, L-Elbow & L-wrist. & if Necessary An MRI of the L-wrist to Determine the Extent of the Injuries. Directed to F.Bop.

(4) Injunction for Treatment Plan of my R-Hand.

(5) Injunction for Treatment Plan of my R-ear & upper R-Jaw. Directed to F.Bop.

28 USC § 1746.

I Gorbey Declare 6-18-23 that the facts Here Are True & Correct to the best of my Knowledge.

(chief) Col. michael S. owl Feather-Gorbey
Northern Rock-Tree manaukian -monacan
cheromanche -manauk Nation- Native America
DC. DOC 317611 Fed. 33405-015. USP Coleman 1
Po Box 1033 Coleman, Fla. 33521.

Note. § 1746 + § 1621

On May 22-2023 the F.Bop Denied my Administrative Tort claim TRT-NCR-2023-02526 For $1,002,000.00 Related to these serious neck & other injuries from staff Assault. some Remedies I Exhausted & others were impeded other Related torts Have Not been Answer, Discovery will verify such. (chief) owl Feather - Gorbey.

## Certificate of Service

I Gorbey ~~declar~~ certify 6-18-23 that I sent
A copy by 1st class us mail to US Att. off. 327 S.
church St. R. 3300 Rockford. ill. 61101.

(chief) owl Feather - Gorbey
Northern Rock-Tree manaukian

## Declaration of mailing 31746 & 31621

I Gorbey declare 6-18-23 that I deposit this
Amended Complaint with A motion to Reconsider
order issue 6-12-23 & ~~leave~~ to Amend. with Exhibit
Together in A single envelope 1st class us mail to
clerk us District. 327 S. church st. Rockford, ill.
61101

(chief) Col. michaels. owl Feather - Gorbey
Northern Rock-Tree manaukian - monacan
cheromanche - manauk Nation - Native America
DC DOC 317611 fed. 33405-013 USP Coleman 1
Po Box 1033 Coleman, Flar 33521